**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

William Jarred Franklin
Louisiana Appellate Project
3001 Old Minden Road
Bossier City LA 71112

**REHEARING ACTION: April 7, 2010**

**Docket Number: 09   00874-KA**

**STATE OF LOUISIANA**
**VERSUS**
**MILTON ANTHONY WILKS**

**Appealed from Lafayette Parish Case No. CR98483.1**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Marc T. Amy**
    **Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Milton Anthony Wilks** has this day been

    **DENIED.**
    Cooks, J., would grant.

cc: Michael Harson, Counsel for the Appellee
    Allan P. Haney, Counsel for the Appellee